IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA        :
                                :    CRIMINAL ACTION
        v.                      :    NO. 09-501
                                :
JOHN R. JOHNSON                 :


## O R D E R

   **AND NOW,** this **26th** day of **May, 2010,** it is hereby **ORDERED**

that Defendant's post trial motion (doc. no. 62) is **DENIED.**


   **AND IT IS SO ORDERED.**


                            S/Eduardo C. Robreno
                        **EDUARDO C. ROBRENO, J.**