```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOHN R. JOHNSON,                   :    CRIMINAL ACTION
                                   :    NO. 09-501
        Petitioner,                :
                                   :    CIVIL ACTION
     v.                            :    NO. 13-3067
                                   :
UNITED STATES OF AMERICA,          :
                                   :
        Respondent.                :
```

**O R D E R**

**AND NOW**, this **13th** day of **August, 2014,** for the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** that Petitioner's Motion to Vacate, Set Aside, or Correct his sentence pursuant to 28 U.S.C. § 2255 (ECF No. 110) is **DENIED with prejudice,** and a certificate of appealability shall not issue.

The Clerk shall mark this case **CLOSED.**

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO,    J.**