IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| VS. | : | |
| | : | NO: 09-501 |
| JOHN R. JOHNSON | : | |

**ORDER**

**AND NOW,** on this **5th** day of **September, 2018,** after being advised that the Defendant is no longer incarcerated, it is hereby **ORDERED** that Defendant John R. Johnson's motion for reduction of sentence pursuant to 18 USC § 3582(c)(2) and Amendment 782 (ECF #129) is **DISMISSED** as moot.

**IT IS SO ORDERED.**

                                                  s/Eduardo C. Robreno
                                                  **EDUARDO C. ROBRENO, J.**

9/5/18 mailed by Chambers:
    Pro Se J.R. Johnson